

# THE THIRTEENTH COURT OF APPEALS

13-14-00655-CV

ALBERTO R. GARZA AND LETICIA I. GARZA, AS NEXT FRIENDS OF ALEXANDRA I. GARZA AND KASSANDRA R. GARZA
v.
MELDEN & HUNT, INC.

On Appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-928-08-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 12, 2015